IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| JOSEPH SANNUTTI <br> and <br> JOHN HOLAHAN <br> and <br> BRADLEY GALE <br> and <br> MICHAEL LANGE <br> and <br> ANDREW DESARNO <br> and <br> KATHERINE JABLONSKI <br> and <br> GISELLE VARGAS <br> and <br> NELSON RAMIREZ <br> and <br> TIMOTHY QUICK <br> and <br> MALCOM LAPONE <br> and <br> KEITH LOCASCIO <br> and <br> MATTHEW COLOMBO <br> and <br> KRISTINE KAVANAUGH <br> and <br> DAVID BUBAR <br><br> Plaintiffs, <br><br> v. <br><br> W.B. MASON CO., INC. <br> and <br> LEO MEEHAN, *individually* <br> and <br> CHRIS MEEHAN, *individually* <br> And <br> ROGER AHFELD, *individually* <br><br> Defendants. | Civil Action No.: 21-10955 (FLW)(DEA) <br><br><br> ORDER |

## ORDER

**WHEREAS**, this Court has reviewed extensive submissions and other declarations of the Parties;

**WHEREAS**, this Court has previously granted conditional certification and preliminary approval of the Class Action Settlement on February 24, 2023 (Docket No.: 41);

**WHEREAS**, the Parties have completed the notice period and have obtained 209 opt-ins of the 273 putative plaintiffs;

**WHEREAS**, this Court has been informed that there have no objections to the proposed settlement, notice structure, terms or overall fairness of the settlement;

**WHEREAS**, this Court has concluded that class and other factors favor settlement and that the settlement terms are both fair and reasonable;

It is hereby **ORDERED** on this 20th day of July, 2023 that FINAL APPROVAL and FINAL CERTIFICATION are **GRANTED** as to all terms of the settlement, including the distribution to Plaintiffs and to their counsel and all other terms as set forth under the Parties' "Global Class Action Settlement Agreement" attached as "Exhibit A," to ECF No. 43 shall be **HEREBY** implemented.

_____
The Hon. Douglas E. Arpert